IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **ANTHONY LOWERY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No. 1:16-cv-11083** |
| vs. | ) | |
| | ) | **Honorable Charles P. Kocoras** |
| **NuWave, LLC.** | ) | |
| | ) | **Magistrate Judge Mary M. Rowland** |
| **Defendant.** | ) | |

## AGREED MOTION TO VOLUNTARILY DISMISS

Plaintiff, Anthony Lowery, by and through his attorney, William H. Beaumont, hereby moves to voluntarily dismiss the Complaint with prejudice, all issues having been compromised and settled.

    /s/ William H. Beaumont
William H. Beaumont, Attorney for Plaintiff,
Anthony Lowery

William H. Beaumont
3801 Canal Street, Suite 207
New Orleans, LA 70119
(504) 483-8008

## **CERTIFICATE OF SERVICE**

      I hereby certify that on  March 27, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

                 /s/ William H. Beaumont
                William H. Beaumont, Attorney for Plaintiff,
                Anthony Lowery


                William H. Beaumont
                3801 Canal Street, Suite 207
                New Orleans, LA 70119
                (504) 483-8008